DAVID J. STREZA (SBN 209353)
VOGL MEREDITH BURKE LLP
456 Montgomery Street, 20th Floor
San Francisco, California 94104
Telephone No: (415) 398-0200
Facsimile No: (415) 398-2820
E-mail: dstreza@vmbllp.com

Attorney for Defendants
STEPHEN CAVELLINI and GAIL CAVELLINI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA GHENO,<br><br>    Plaintiff,<br><br>vs.<br><br>TAREQ Z. ALREHANI dba FANDEE'S RESTAURANT; WAEL Z. ALREHANI dba FANDEE'S RESTAURANT; STEPHEN CAVELLINI; GAIL CAVELLINI; and DOES 1-10, INCLUSIVE,<br><br>    Defendants. | Case No. 4:19-cv-01418-HSG<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAITNIFF'S COMPLAINT; ORDER** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that Defendants STEPHEN CAVELLINI and GAIL CAVELLINI ("defendants") may have additional time within which to answer or otherwise respond to plaintiff's complaint. Therefore, the last day for defendants to answer or otherwise respond to plaintiff's complaint is Wednesday, May 8, 2019.

Good cause exists for this extension as defense counsel has just been assigned to this case and requires time to become knowledgeable about the case to prepare an initial pleading. Additionally, defense counsel needs to evaluate the propriety of a cross-complaint against the other defendants.

///

///

///

---
1
STIPULATION TO EXTEND TIME FOR DEFENDANTS TO
RESPOND TO PLAITNIFF'S COMPLAINT; ORDER

Case No. 4:19-cv-01418-HSG

This document is being electronically filed through the Court's ECF System. In this regard, counsel for defendants hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

Respectfully submitted,

Dated: April 23, 2019

VOGL MEREDITH BURKE LLP

BY: _____
DAVID J. STREZA
Attorney for Defendants
STEPHEN CAVELLINI and GAIL CAVELLINI

Dated: April 23, 2019

REIN & CLEFTON

BY: _____/s/_____
AARON CLEFTON
Attorney for Plaintiff
JUANITA GHENO

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED. Defendant should answer or otherwise respond to Plaintiff's complaint on or before Wednesday, May 8, 2019.

Dated: April __26, 2019   By: _Haywood S. Gilliam Jr._
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATE DISTRICT COURT