PAUL L. REIN, Esq. (SBN 43053)
AARON M. CLEFTON, Esq. (SBN 318680)
REIN & CLEFTON, Attorneys at Law
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/832-4787
info@reincleftonlaw.com

CHANTEL FITTING, Esq. (SBN 203378)
GALINE, FRYE & FITTING
411 Borel Ave, Suite 500
San Mateo, CA 94402
Telephone: (650) 345-8484
Facsimile: (650) 345-9875
cfitting@gff-law.com

Attorneys for Plaintiff
JUANITA GHENO

*Defense counsel listed after caption*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA GHENO,<br><br>    Plaintiff,<br><br>    v.<br><br>TAREQ Z. ALREHANI dba FANDEE'S RESTAURANT; WAEL Z. ALREHANI dba FANDEE'S RESTAURANT; STEPHEN CAVELLINI; GAIL CAVELLINI; AND DOES 1-10, INCLUSIVE,<br><br>    Defendants. | Case 4:19-cv-01418-HSG<br><br>Civil Rights<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

DAVID J. STREZA (SBN 209353)
VOGL MEREDITH BURKE LLP
456 Montgomery Street, 20th Floor
San Francisco, California 941 04
Telephone No: (415) 398-0200
Facsimile No: ( 415) 398-2820
E-mail: dstreza@vmbllp.com

Attorneys for Defendant,
STEPHEN CAVELLINI and GAIL CAVELLINI

HAL CHASE JR., ESQ.- State Bar No. 95789
HARTSUYKER, STRATMAN & WILLIAMS-ABREGO
Mailing Address:
P.O. Box 258829
Oklahoma City, OK 73)25-8829
Physical Address:
141 Stony Circle, Suite 145
Santa Rosa, CA 95401
Phone: (707) 544-0524
Fax: (707) 544-9381
Email: hal.chase@farmersinsurance.com

Attomey for Defendants
TAREQ Z. ALREHANI dba FANDEE'S RESTAURANT; WAEL Z. ALREHANI dba FANDEE'S RESTAURANT

## **STIPULATION**

Plaintiff JUANITA GHENO ("Plaintiff") and Defendants STEPHEN CAVELLINI and GAIL CAVELLINI; TAREQ Z. ALREHANI dba FANDEE'S RESTAURANT; WAEL Z. ALREHANI dba FANDEE'S RESTAURANT ("Defendants") – Plaintiff and Defendants together the "Parties" – hereby stipulate and request pursuant to FRCP Rule 41(a) that the Court order that all of Plaintiff's claims in this action against Defendants be dismissed with prejudice.

**IT IS SO STIPULATED.**

Dated: February 6, 2020                REIN & CLEFTON

                                       _/s/ Aaron M. Clefton_
                                       By: AARON M. CLEFTON, ESQ.
                                       Attorneys for Plaintiff
                                       JUANITA GHENO

Dated: March 5, 2020                   HARTSUYKER, STRATMAN & WILLIAMS-ABREGO

                                       _/s/_
                                       By: Hal Chase Jr, ESQ.
                                       Attorneys for Defendant,
                                       TAREQ Z. ALREHANI dba FANDEE'S RESTAURANT; WAEL Z. ALREHANI dba FANDEE'S RESTAURANT

| | |
|---|---|
| Dated: February 6, 2020 | VOGL MEREDITH BURKE LLP |

>                    /s/
> By:  DAVID J. STREZA, ESQ.
> Attorneys for Defendant,
> STEPHEN CAVELLINI and
> GAIL CAVELLINI

## **FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1, I hereby attest that on March 6, 2020, I, Aaron M. Clefton, attorney with Rein & Clefton, received the concurrence of David Streza and Hal Chase Jr. in the filing of this document.

>                    /s/
> AARON M. CLEFTON

- 3 -

**ORDER**

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

Dated: 3/10/2020

_____
Honorable Haywood S. Gilliam, Jr.
U.S. District Court Judge